# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **TAWNA ALLEMAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION** |
| **vs.** | § | |
| | § | **FILE NO.** |
| **CARRABBA'S ITALIAN GRILL,** | § | |
| **LLC, (FLORIDA)** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF REMOVAL TO
## THE UNITED STATES DISTRICT COURT

COMES NOW, CARRABBA'S ITALIAN GRILL, LLC, (FLORIDA), Defendant in the above-styled action, and hereby files this Notice of Removal pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1331, 1441 and 1446, respectfully showing this Court that there is complete diversity of citizenship between the plaintiff and defendant, and the matter in controversy, exclusive of interests and costs, exceeds the sum of $75,000.00.

## FACTUAL AND PROCEDURAL BACKGROUND

1.

Plaintiff TAWNA ALLEMAN has filed a civil action against CARRABBA'S ITALIAN GRILL, LLC, (FLORIDA) in the State Court of Chatham County,

{Firm/40004/00016/PLEADING/02964718.DOCX }

Georgia, Case No. STCV20-02362. The State Court of Chatham County, Georgia is located within the Savannah Division of the United States District Court for the Southern District of Georgia.

2.

Pursuant to 28 U.S.C. § 1446(d) Defendant is promptly giving written notice of the filing of this Notice of Removal to Plaintiff by mailing a copy of this Notice of Removal to Plaintiff's Counsel.   (See Certificate of Service attached hereto). Pursuant to 28 U.S.C. § 1446(a), Defendant attaches, as Exhibit "A" to this original pleading only, the entire record in the State Court of Chatham County action.  (See Exhibit "A").  Defendant has filed a written notice with the Clerk of the State Court of Chatham County, Georgia, a copy of which is attached hereto as Exhibit "B." (See Exhibit "B").

3.

Plaintiff, through counsel, filed her Complaint and Demand for Trial by Jury (Plaintiff's "Complaint") in the State Court for Chatham County on December 16, 2020, alleging that she "suffered serious personal injuries" after slipping on "a liquid substance near the bar area" of Defendant's premises.  Plaintiff alleges that as a result of the subject incident, she has "suffered damages including, but not limited to, past medical expenses, future medical expenses, and past, present, and future mental and

physical pain and suffering, and lost wages.  However, Plaintiff did not specify the amount sought in her Complaint.

4.

Plaintiff served the corporate defendant with a copy of the summons and complaint on or about January 19, 2021.

5.

On February 23, 2021, Plaintiff filed an Offer of Settlement Pursuant to O.C.G.A. §9-11-68 for $1,000,000.00.  (See Exhibit "C").  This was Defendant's first notice that Plaintiff intended to seek damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

6.

Accordingly, this Notice of Removal is timely filed within thirty (30) days from when this case first became removable.

**BASIS FOR REMOVAL**

7.

Defendant incorporates by reference as if fully set forth herein the preceding paragraphs 1 through 6 of Defendants' Notice of Removal.

8.

As set forth in the Complaint, Plaintiff TAWNA ALLEMAN is and was at all relevant times a resident, citizen, and domiciliary of the State of Georgia.

9.

Defendant CARRABBA'S ITALIAN GRILL, LLC, (FLORIDA) is now, was at the time of commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Florida, having its principal place of business in Florida. As such, CARRABBA'S ITALIAN GRILL, LLC, (FLORIDA) is not a resident, citizen, and domiciliary of the State of Georgia for purposes of federal "diversity of citizenship."

10.

In determining whether the requisite $75,000.00 amount in controversy has been established, jurisdiction "is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Williams v. Best Buy Co., Inc.*, 269 F.3d 1319 (11th Cir. 2001). "If the jurisdictional amount is not facially apparent from the complaint, the court … may require evidence relevant to the amount in controversy." *Id.*

11.

As set forth in Plaintiff's February 23, 2021 Offer of Settlement Pursuant to O.C.G.A. §9-11-68, Plaintiff is seeking damages in excess of $75,000.00, exclusive of interest and costs. (See Exhibit "C").

12.

Complete diversity of citizenship existed between Plaintiff and Defendant at the time Plaintiff commenced the state court action and there remains complete diversity of citizenship between Plaintiff and Defendant.

## **CONCLUSION**

13.

Defendants incorporate by reference as if fully set forth herein the preceding paragraphs 1 through 12 of Defendants' Notice of Removal.

14.

This is a civil action over which this Court has original federal jurisdiction and is one which may be removed to this Court pursuant to 28 U.S.C. § 1332, 1441 and 1446 because there is complete diversity of citizenship between the parties and the amount in controversy allegedly would exceed the jurisdictional requirement of $75,000.00.

15.

Venue is proper for removal to this district pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action had been pending.

{Firm/40004/00016/PLEADING/02964718.DOCX }

16.

Defendant will promptly file this Notice of Removal with the Clerk of the State Court of Chatham County, Georgia as required by 28 U.S.C. § 1446(d).

17.

Defendant will promptly serve this Notice of Removal on counsel of record for Plaintiff via Federal Express, Tracking No. **773125491555**.

18.

Defendant reserves the right to amend or supplement this Notice of Removal in accordance with the Federal Rules of Civil Procedure and other applicable law.

19.

Defendant reserves all defenses to the underlying action.

20.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

**WHEREFORE**, Defendant CARRABBA'S ITALIAN GRILL, LLC, (FLORIDA), requests that this action now pending in the State Court of Chatham

{Firm/40004/00016/PLEADING/02964718.DOCX }

County, Georgia be removed to the United States District Court for the Southern

District of Georgia, Savannah Division.

This __10th__ day of March, 2021.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

_____
**CRAIG P. TERRETT**
Georgia Bar No. 702410
**JAMES R. REEVES**
Georgia Bar No. 455711 (to petition *pro hac vice*)
*Counsel for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

- 7 -

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **TAWNA ALLEMAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION** |
| **vs.** | § | |
| | § | **FILE NO.** |
| **CARRABBA'S ITALIAN GRILL,** | § | |
| **LLC, (FLORIDA)** | § | |
| | § | |
| _____Defendant._____ | § | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day filed the within and foregoing **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** with the Clerk of Court using the CM/ECF system, which will serve electronic copies of same upon all counsel of record, as follows:

WILLIAM J. DEGENHART, ESQ.
MORGAN & MORGAN
25 Bull Street, Ste. 400
Savannah, GA  31401
wdegenhart@forthepeople.com
_Counsel for Plaintiff_

This 10th day of March, 2021.

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

_____
**CRAIG P. TERRETT**

Meridian II, Suite 2000          Georgia Bar No. 702410
275 Scientific Drive             **JAMES R. REEVES**
Peachtree Corners, GA  30092     Georgia Bar No. 455711 (to petition _pro hac vice_)
(404) 881-2622                   _Counsel for Defendant_
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

{Firm/40004/00016/PLEADING/02964718.DOCX }

RECEIVED FOR FILING IN CLERK'S OFFICE CHATHAM CO., GA. 12/16/2020 4:13 PM

**EXHIBIT A**

Brian R. Hart -Clerk of Court

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __CHATHAM_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed __12/16/2020____<br>MM-DD-YYYY | Case Number __STCV20-02362____ |

**Plaintiff(s)**
ALLEMAN, TAWNA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** WILLIAM J. DEGENHART        **Bar Number** 384018        **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

☐ Automobile Tort
☐ Civil Appeal
☐ Contract
☐ Garnishment
☒ General Tort
☐ Habeas Corpus
☐ Injunction/Mandamus/Other Writ
☐ Landlord/Tenant
☐ Medical Malpractice Tort
☐ Product Liability Tort
☐ Real Property
☐ Restraining Petition
☐ Other General Civil

**Domestic Relations Cases**

☐ Adoption
☐ Dissolution/Divorce/Separate Maintenance
☐ Family Violence Petition
☐ Paternity/Legitimation
☐ Support – IV-D
☐ Support – Private (non-IV-D)
☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

☐ Contempt
☐ Non-payment of child support, medical support, or alimony
☐ Modification
☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
**Case Number**                         **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

Copy from re:SearchGA

**EXHIBIT A**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | STCV20-02362 |
| v. | ) | _____ |
| | ) | |
| CARRABBA'S ITALIAN GRILL, LLC, | ) | **JURY TRIAL DEMANDED** |
| (FLORIDA), | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION UNDER RULE 3.2

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the Petition/Pleading to be specifically assigned to the Judge to whom the original action was or is assigned.

This 16th day of December, 2020.

**MORGAN & MORGAN**          _/s/ William J. Degenhart_
25 Bull Street, Suite 400          William J. Degenhart
Savannah, Georgia 31401          Georgia Bar No. 384018
(912) 443-1000          _Attorney for Plaintiff_
wdegenhart@forthepeople.com

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this Petition/Pleading involves substantially the same parties or substantially the same factual issues as in Case No. _____.

_____ v. _____

Filed in the Eastern Judicial Circuit of Georgia which, under Rule 3.2 of the Superior Court Rules require the Petition/Pleading be specifically assigned to the Judge to whom the original action was or is assigned.

_____
William J. Degenhart
Georgia Bar No. 384018

RECEIVED FOR FILING STATE COURT CHATHAM COUNTY GEORGIA 12/16/2020 2:13 PM

**EXHIBIT A**

*Brian K. Hart* - Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| v. | ) | STCV20-02362 |
| | ) | |
| CARRABBA'S ITALIAN GRILL, LLC, | ) | **JURY TRIAL DEMANDED** |
| (FLORIDA), | ) | |
| | ) | |
| Defendant. | ) | |

# SUMMONS

TO:  Carrabba's Italian Grill, LLC (Florida)
10408 Abercorn Street
Savannah, Chatham County, Georgia 31419

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of said Court and serve upon Plaintiff's attorney, William Jay Degenhart, Morgan & Morgan, 25 Bull Street, 4th Floor, Savannah, Georgia 31401, **an Answer to the Complaint** which is herewith served upon you **within 30 days after service** of this Summons and Complaint, exclusive of the day of service.  If you fail to do so, Judgment by default will be taken against you for the relief demanded in the Complaint.

Also served with the Complaint are Plaintiff's First Interrogatories to Defendant and Plaintiff's First Request for Production of Documents to Defendant.

This 16th day of December, 2020.

_____
CLERK OF COURT

_____
/s/ Moneisha Green
DEPUTY CLERK, State Court of Chatham County

Copy from re:SearchGA

**EXHIBIT A**

*Brian K. Hart* -Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| v. | ) | STCV20-02362 |
| | ) | |
| CARRABBA'S ITALIAN GRILL, LLC, | ) | **JURY TRIAL DEMANDED** |
| (FLORIDA), | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW, TAWNA ALLEMAN, Plaintiff, and states her Complaint against

Defendant CARRABBA'S ITALIAN GRILL, LLC (FLORIDA), showing to the Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Tawna Alleman is a citizen and resident of the State of Georgia.

2.

The incident that is the subject of this cause of action occurred at Defendant Carrabba's

Italian Grill, LLC (Florida)'s restaurant, located at 10408 Abercorn Street, Savannah, Chatham

County, Georgia 31419.

3.

Defendant Carrabba's Italian Grill, LLC (Florida) (hereinafter "Defendant") is a foreign

limited liability company authorized to do business in the State of Georgia, with its principal

office located at 2202 North West Shore Boulevard, Tampa, Florida 33607, and is subject to the

jurisdiction of this Court.

Copy from re:SearchGA

RECEIVED FOR FILING STATE COURT OF CHATHAM COUNTY GA. 2/5/2021 2:03 PM

**EXHIBIT A**

*Brian K. Hart* - Clerk of Court

4.

Defendant may be served by issuing Summons and a second original of this Complaint to its Registered Agent for service, Corporate Creations Network, Inc., 2985 Gordy Parkway, 1st Floor, Marietta, Cobb County, Georgia 30006.

5.

Venue in this action is proper in Chatham County, Georgia.

**FACTUAL ALLEGATIONS**

6.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 5 above as if they were restated verbatim.

7.

At all times relevant to this cause of action, Defendant owned and/or operated the property located at 10408 Abercorn Street, Savannah, Chatham County, Georgia 31419 (hereinafter, the "Premises"), and as such, possessed said property with the intent to occupy and control it, and held it open to the public for the purpose of operating a restaurant.

8.

On or about March 10, 2020, Defendant was in legal possession of the Premises.

9.

On or about March 10, 2020, Defendant was operating a restaurant, Carrabba's Italian Grill, on the Premises.

10.

On or about March 10, 2020, Plaintiff entered the Premises for the purpose of dining therein.

Copy from re:SearchGA

**EXHIBIT A**

*Brian K. Hart* - Clerk of Court

11.

On or about March 10, 2020, upon entering the Premises for the purpose of dining therein, Plaintiff assumed the legal status of an invitee as the term is defined and codified under Georgia law.

## COUNT I

### *Negligence of Defendant Carrabba's Italian Grill, LLC (Florida)*

12.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 11 above as if they were restated verbatim.

13.

On or about March 10, 2020, Plaintiff entered the Premises for the purpose of dining therein, thereby assuming the status of an invitee.

14.

On that same date, when Plaintiff entered the Premises to dine, Plaintiff slipped on a liquid substance near the bar area, causing her to fall to the ground.

15.

As a result of the aforementioned fall, Plaintiff suffered serious personal injuries.

16.

Upon information and belief, at all times relevant to this cause of action, Defendant owned and/or managed and/or operated the Premises, and owed a legal duty of reasonable care to invitees to inspect and keep the Premises in a safe condition and to warn Plaintiff of hidden dangers or defects that were not discoverable in the exercise of reasonable care.

17.

At all times relevant to this cause of action, Defendant, by and through their employees

Copy from re:SearchGA

and/or agents, had actual and/or constructive knowledge of the hazardous condition of the liquid substance on the floor of the Premises prior to Plaintiff's fall.

18.

At all times relevant to this cause of action, Plaintiff had no knowledge of the unsafe and dangerous condition of the liquid on the floor of the Premises, and it was not discoverable by Plaintiff in the exercise of reasonable and ordinary care.

19.

At all times relevant to this cause of action, Plaintiff exercised reasonable care for her own safety.

20.

At all times relevant to this cause of action, Defendant breached its duty of reasonable care in one or more of the following manners:

a)     failing to inspect the Premises for dangerous conditions;

b)     failing to warn patrons of a dangerous condition they knew or should have known existed on the Premises; and

c)     failing to repair said dangerous condition (liquid on the floor) of the Premises when they knew or should have known it existed.

21.

As a result of the foregoing, Defendant breached its legal duty to Plaintiff, in violation of O.C.G.A § 51-3-1.

22.

As a direct and proximate result of the aforementioned breaches of duty and negligence by Defendant, Plaintiff slipped on the liquid on the floor of the Premises and fell, suffering

Copy from re:SearchGA

RECEIVED FOR FILING STATE COURT CHATHAM COUNTY GA. GEORGIA Z-13 PM

**EXHIBIT A**

Briankk Hart -Clerk of Court

personal injuries, including, but not limited to, injuries to her cervical spine. Additionally, Plaintiff suffered damages including, but not limited to, past medical expenses, future medical expenses, and past, present, and future mental and physical pain and suffering, and lost wages.

23.

By reason of the foregoing, Plaintiff is entitled to recover compensatory damages from Defendant in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays and demands as follows:

1. That Process and Summons issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;

2. That service be had upon Defendant as provided by law;

3. That the Court award and enter a judgment in favor of Plaintiff and against Defendant for compensatory damages in an amount to be proven at trial;

4. That Plaintiff have a trial by a jury as to all issues; and

5. That Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 16th day of December, 2020.

/s/ William J. Degenhart
William J. Degenhart, Esq.
Georgia Bar No. 384018
Attorney for Plaintiff

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
wdegenhart@forthepeople.com

Copy from re:SearchGA

**EXHIBIT A**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| v. | ) | STCV20-02362 |
| | ) | _____ |
| CARRABBA'S ITALIAN GRILL, LLC, | ) | **JURY TRIAL DEMANDED** |
| (FLORIDA), | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

COMES NOW, Plaintiff TAWNA ALLEMAN (hereinafter "Plaintiff"), and serves upon Defendant CARRABBA'S ITALIAN GRILL, LLC (FLORIDA) (hereinafter "Defendant") Plaintiff's First Interrogatories, to be answered under oath and within forty-five (45) days from service hereof in accordance with O.C.G.A. § 9-11-33.

These Interrogatories shall be deemed continuing so as to require supplemental answers if you or your attorneys obtain further information between the time the answers are served and the time of trial. Any such supplemental answers are to be filed and served upon counsel for Plaintiff within thirty (30) days from the receipt of such information, but not later than the time of trial.

### DEFINITIONS

When used in these Interrogatories, the term "Defendant," or any synonym thereof, is intended to and shall embrace servants, representatives, private investigators, and others who are in a position of or may have obtained information for or on behalf of Defendant.

As used in these Interrogatories, the following words and phrases have the meanings set forth below.

Copy from re:SearchGA

RECEIVED FOR FILING, STATE COURT CHATHAM COUNTY, GA. 3/10/2021 3:13 PM

**EXHIBIT A**

Brian K. Hart - Clerk of Court

(1)   "You" and "your" means and refers to the Defendant to whom these Interrogatories are directed, and includes your agents, employees, insurance company and their agents and employees, your attorneys, investigators and anyone else acting on your or their behalf.

(2)     The term "document" means and includes all correspondence, writings, records, memoranda, drawings, graphs, charts, photographs, motion pictures, videotapes, videodisks, audiotapes or other sound recordings, books, ledgers, financial records, checks, drafts, receipts, forms prescribed by government agencies, computer tapes, computer disks, computer printouts, photocopies, microfilm, microfiche, and any other data, sound, or image compilation or recording from which information regarding the described transactions can be obtained, translated if necessary by respondent through appropriate and necessary devices into reasonably useable and intelligible form.

(3) "Person" includes any individual, corporation, partnership, government, or business entity, and group of persons associated in fact although not a legal entity.

(4) "Identify" means the following:

> (a) When used with respect to individuals, means to state the full name, address, telephone number, place of employment, job title and present whereabouts of such person;

> (b) When used with respect to persons other than individuals, as the term "persons" is identified in (3) above, means to state the full name, address and telephone number of such "person" together with the name, address, telephone number and job title of the employee, agent, servant or representative of such "person" who has knowledge of the particular facts or possession, custody or control of the particular documents of which discovery is sought;

Copy from re:SearchGA

RECEIVED FOR FILING STATE COURT OF BULLOCH COUNTY GEORGIA 2/1/2021 4:13 PM

**EXHIBIT A**

Brian K. Hart - Clerk of Court

(c) When used with respect to documents, tangible objects, or other items of real or demonstrative evidence, means to list the items of which discovery is sought, describe them in specific detail (give an exhibit number for each if one has been assigned) and state the name, address and telephone number of the person who presently has possession, custody or control over each item of real or documentary evidence listed; and

(d) When used with respect to facts, circumstances or information, means to give a concise summary of the nature and substance of the facts, circumstances or information of which discovery is sought.

## INTERROGATORIES

1.

Identify the person or persons responding to these Interrogatories and all individuals that have provided assistance to you in responding to Plaintiff's First Interrogatories and Requests for Production of Documents.

2.

If you contend that Plaintiff has brought action against the wrong entity due to a misnomer, please state the complete name of the correct Defendant in this action; and further state whether you will accept service of an amended Summons and Complaint reflecting the information furnished by you in response to this Interrogatory.

3.

With particularity sufficient to satisfy O.C.G.A. § 9-11-26 (b)(2), please identify any policy or policies of liability insurance, including umbrella and/or excess coverage, which would or might inure to the benefit of Plaintiff by providing for payment of a part of, or all of any

Copy from re:SearchGA

RECEIVED FOR FILING  STATE COURT  OF CHATHAM CO GA  E-FILED IN OFFICE - LC  3/11/2021 12:13 PM

**EXHIBIT A**

Brian K. Hart - Clerk of Court

judgment rendered in favor of Plaintiff against Defendant or against any other person, firm or corporation which is or may be liable to Plaintiff by reason of the incident described in the Complaint.

4.

Please identify all persons (including employees and other witnesses) who to you or your representatives' knowledge, information or belief:

(a)     Were eyewitnesses to the incident that gives rise to this lawsuit;

(b)     Have relevant knowledge concerning the incident that gives rise to this lawsuit, any issue of liability or the damages in connection with this lawsuit, who were not identified in sub-part (a);

(c)     Arrived at the scene of the occurrence complained of in this action immediately or shortly after its occurrence; and

(d)     Assisted Plaintiff after her fall at your Premises on March 10, 2020.

5.

Please identify all persons who have given written or recorded statements covering the facts and/or circumstances of the incident which is the subject matter of this litigation, and state the name of each person, the name and address of the person or entity taking each statement, the date each statement was taken, and the name and address of each person having possession, custody or control of each statement.

6.

Please identify any photographs, diagrams or other pictorial representations concerning the events and happenings alleged in Plaintiff's Complaint.

Copy from re:SearchGA

**EXHIBIT A**

7.

Please identify each person (whether your employee or a claims adjuster, etc.) who has made an investigation or study of the subject incident or location at Defendant's Premises.

8.

With particularity sufficient to satisfy O.C.G.A. § 9-11-26 (b)(4), please identify all persons (whether your employees or not) whom you expect to call or may call as an expert witness upon the trial of this matter.

9.

Identify each person employed by Defendant who was working at the subject Carrabba's Italian Grill, located at 10408 Abercorn Street, Savannah, Chatham County, Georgia 31419 (hereinafter "the Premises") on the date of the incident described in the Complaint.

10.

To your information or belief, has there been any surveillance, photographs or videos of *any* party? If so, identify what party was photographed or videoed, and identify all persons who now have or have had custody and/or control of any records, tapes, films or other recording of such surveillance.

11.

Please identify each individual who was responsible for the maintenance and/or inspections of the floors on March 10, 2020 at the Premises. Were these person(s) employees or agents of Defendant? If not, please identify what entity employed them at the time of Plaintiff's fall.

Copy from re:SearchGA

RECEIVED FOR FILING CLERK OF STATE COURT CHATHAM CO. GA 2/11/2021 3:13 PM

**EXHIBIT A**

Brian K. Hart - Clerk of Court

12.

Please identify each individual who was responsible for the maintenance and/or inspections of the bar area on March 10, 2020. Were these person(s) employees or agents of Defendant? If not, please identify what entity employed them at the time of Plaintiff's fall.

13.

State each and every fact upon which you rely for each affirmative defense in your Answer to Plaintiff's Complaint.

14.

Identify any and all persons known to Defendant who have fallen at the Premises at any time from January 1, 2017 to the present day.

15.

In reference to the individual(s) identified in the previous Interrogatory, please state the following:

(a)     The cause of the fall;

(b)     Whether any incident report was prepared;

(c)     The information contained in such incident report;

(d)     The name, addresses, home telephone numbers, present place of employment, work telephone numbers, job titles, and present whereabouts of any and all persons having knowledge regarding said fall.

16.

Please identify any and all changes that have been made to your policies and/or procedures concerning inspection of the floors at the Premises since March 10, 2020.

Copy from re:SearchGA

RECEIVED FOR FILING STATE COURT CHATHAM CO. GA 11/23/20 3:13 PM

EXHIBIT A

Brian K. Hart - Clerk of Court

17.

Do you contend that the injuries complained of in this case were caused by the negligence of any party other than Defendant or Defendant's agents and servants? If your answer is yes, please identify:

(a)     The party whom you contend was guilty of such negligence;

(b)     Every act of negligence which you claim was committed by such party or his agents and servants and which you contend proximately caused or contributed to the injuries complained of in this case;

(c)     Each and every fact and reason upon which you base your contentions; and

(d)     Each and every person who has any knowledge or information concerning each such fact.

18.

Please state whether you, or anyone acting on your behalf, had any knowledge or information, of any nature whatsoever, that any condition existed at the subject Premises which could cause or contribute to the occurrence alleged in Plaintiff's Complaint. If so:

(a)     State the date you acquired such knowledge and/or information;

(b)     State what knowledge and/or information you had;

(c)     Identify the person or persons who made such knowledge and/or information known to you;

(d)     State whether any remedial and/or corrective action was taken based upon such knowledge;

(e)     Identify the person who took any such remedial and/or corrective action, and state the date thereof; and

Copy from re:SearchGA

**EXHIBIT A**

(f)     Identify any documents relating to such condition and/or corrective action.

19.

Please identify any and all other similar incidents or allegations for which any person has complained (either by letter, email, or verbally) of a fall due to liquid substances on the floor involving Defendant and/or its agents at the subject location, occurring from January 1, 2017 through the present day.

20.

Please  identify any and all other similar incidents or allegations for which you have prepared an incident report concerning any person who has complained of a fall due to liquid substances on the floor involving Defendant and/or its agents at the subject location, occurring from January 1, 2017  through the present day.

21.

Please identify any and all other similar incidents or allegations for which any person has filed an insurance claim against Defendant and related to falls at The Premises, occurring from January 1, 2017 through the present day.

22.

Please identify any and all other similar incidents or allegations for which a patron or employee has filed a lawsuit against Defendant related to falls at at the Premises, from January 1, 2017 through the present day.

23.

Identify any and all incident reports and/or documentary writings made by you concerning the incident at issue.

24.

Identify all policies and procedures created by you since March 10, 2020, concerning

Copy from re:SearchGA

maintenance and/or inspections of the floors at the Premises.

25.

Please state whether, in compiling your answers to these Interrogatories, you have made a reasonable and diligent effort to identify and provide not only such facts as are within your personal knowledge, but such facts as are also reasonably available to you and/or any person acting on your behalf.

These Interrogatories are served upon you together with Plaintiff's Complaint.

This 16th day of December, 2020.

_/s/ William J. Degenhart_
William J. Degenhart
Georgia Bar No. 384018
_Attorney for Plaintiff_

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
F: (912) 443-1104
wdegenhart@forthepeople.com

Copy from re:SearchGA

RECEIVED FOR FILING STATE COURT OF CHATHAM CO. GA. CLERK OF COURT 2:13 PM

**EXHIBIT A**

*Brian K. Hart* - Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | STCV20-02362 |
| v. | ) | |
| | ) | |
| CARRABBA'S ITALIAN GRILL, LLC | ) | **JURY TRIAL DEMANDED** |
| (FLORIDA), | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

COMES NOW, Plaintiff TAWNA ALLEMAN (hereinafter "Plaintiff"), and hereby requests that Defendant CARRABBA'S ITALIAN GRILL, LLC (FLORIDA) (hereinafter "Defendant" or the "Premises") produce for inspection and copying the following documents in the possession, custody, or control of Defendant and its representative pursuant to O.C.G.A. § 9-11-34 within forty-five (45) days from the date of service hereof to Plaintiff's attorney of record, William J. Degenhart, at the Law Firm of Morgan & Morgan, P.A., 25 Bull Street, Suite 400, Savannah, Georgia 31401, or at such other time, date, and location agreed to by counsel for Defendant and the undersigned counsel, and to serve a written response hereto within forty-five (45) days from the date of service hereof.

### DEFINITIONS

If a privilege is claimed as to any documents covered by this Request for Production, Plaintiff asks that each document to which privilege is claimed be identified with such particularity and in such a manner that the Court, and not counsel unilaterally, may determine whether the document is indeed entitled to privileged status. As used herein, the terms listed below mean the following:

Copy from re:SearchGA

1.  "Document" means every writing, electronic data or file, printing, record, graphic, photographic or sound reproduction of every type and description that is in your possession, control, custody and knowledge, including but not limited to correspondence, memoranda, agreements, minutes, assignments, records, stenographic and handwritten notes, diaries, notebooks, account books, orders, invoices, notices, statements, bills, files, checks, check stubs, account ledgers, maps, charts, diagrams, analyses, books, pamphlets, work sheets, data sheets, statistical compilations, data cards, microfilms, computer records (including printouts, floppy discs or other magnetic storage media), e-mails, tapes, photographs, pictures, recordings (both voice and videotape) and all copies of such documents, writings or records when such copies contain any commentary or notation whatsoever that does not appear on the original.

2.  "Person" means any natural person, organization, corporation, partnership, proprietorship, association, group of persons, or any governmental body or subdivision thereof.

3.  If you contend that any documents are privileged or protected by the attorney work product doctrine, please produce a Privilege Log for those documents.

## DOCUMENT REQUESTS

### 1.

Each and every document, tangible object, or other item of real, demonstrative or documentary evidence which provides any and all factual support for each defense asserted by you in your Answer to Plaintiff's Complaint.

### 2.

Any and all photographs, videos, drawings, maps or sketches of the scene of the incident.

### 3.

Any surveillance photographs, movies or videotapes made of Plaintiff.

Copy from re:SearchGA

**EXHIBIT A**

4.

Each and every insurance agreement, including umbrella and/or excess coverage, under which any person carrying on an insurance business may be liable to you to satisfy part or all of any judgment which may be entered in this action or to indemnify or reimburse you for any payments made to satisfy such judgment.

5.

Each and every document comprising a report made by any person, firm, association or other entity (including insurance adjusters and management at the subject Carrabba's Italian Grill) that has conducted any investigation to determine any of the facts pertaining to any of the issues in this action.

6.

Each and every document comprising a report made by any person you expect to call as an expert witness on the trial of this case.

7.

Each and every document relating to any facts or information about the subject matter of this action furnished by you to any expert you expect to call as an expert witness on the trial of this case.

8.

Each and every document relating to any written or recorded statement inquired about in Interrogatory No. 5 of Plaintiff's First Interrogatories propounded to you.

9.

All statements previously made by Plaintiff concerning the subject matter of this action.

Copy from re:SearchGA

**EXHIBIT A**

10.

All documents that discuss, review, explain, outline, and/or define Defendant's procedure(s) for reporting, taking and/or filing incident reports, <u>effective</u> March 10, 2020.

11.

All documents that discuss, review, explain, outline, and/or define Defendant's procedure(s) for reporting, taking and/or filing incident reports, <u>effective after</u> March 10, 2020.

12.

The safety policies, manuals, standards, guidelines, handbooks, memos and procedures <u>effective</u> March 10, 2020 for Defendant including, but not limited to, any references to procedures for maintenance and/or inspection of the floors.

13.

The safety policies, manuals, standards, guidelines, handbooks, memos and procedures <u>effective **after**</u> March 10, 2020 for Defendant including, but not limited to, any references to procedures for maintenance and/or inspection of the floors.

14.

A blank copy of the incident report used by Defendant for documenting and reporting Plaintiff's fall at Carrabba's Italian Grill on March 10, 2020.

15.

A fully legible copy of the incident report completed by you regarding Plaintiff's fall at Carrabba's Italian Grill on March 10, 2020.

16.

Any and all documents that relate to any firings, reprimands, suspensions, punishments, complaints, grievances, allegations, denials of any and all of your employees, or agents, who

Copy from re:SearchGA

**EXHIBIT A**

allegedly, or actually, failed to properly inspect the floors at the subject Carrabba's Italian Grill from January 1, 2017 through the present day.

17.

Any and all warnings you contend you provided, either verbally or by signage, with respect to the procedure for the proper placement of signs for hazardous conditions at the subject Carrabba's Italian Grill prior to Plaintiff's fall on March 10, 2020.

18.

A copy of all witness and employee statements gathered in conjunction with the incident report completed by you and regarding Plaintiff's fall at the subject Carrabba's Italian Grill on March 10, 2020.

19.

A copy of all performance reviews and employee records of any and all employees that were working on the date of the incident in suit.

20.

Any other documents responsive to your Responses to Plaintiff's First Interrogatories.

This Request for Production of Documents is served upon you together with Plaintiff's Complaint.

This 16th day of December, 2020.

/s/ William J. Degenhart<br>
William J. Degenhart<br>
Georgia Bar No. 384018<br>
<em>Attorney for Plaintiff</em>

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
wdegenhart@forthepeople.com

Copy from re:SearchGA

EXHIBIT A

Print Form

SHERIFF'S ENTRY OF SERVICE    COBB COUNTY SHERIFF

Civil Action No. STCV20-02632

| | Superior Court ☐ | Magistrate Court ☐ |
|---|---|---|
| | State Court  **X** | Probate Court ☐ |
| | Juvenile Court ☐ | |

Date Filed 12/16/2020

Georgia, CHATHAM COUNTY

**KEEP**

Attorney's Address

TAWNA ALLEMAN

William Jay Degenhart, Esq.

MORGAN & MORGAN, 25 BULL ST., 4TH

Plaintiff

SAVANNAH, GA 31401

VS.

Name and Address of Party to Served

CARRABBA'S ITALIAN GRILL, LLC (FLORI

CARRABBA'S ITALIAN GRILL, LLC (FLORI

Corporate Creations Network, Inc., Reg. Ag

Defendant

2985 Gordy Parkway, 1st Floor
Marietta, GA 30066

Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _Corporate Creations Network / RA For Carabbas italian Grill_ a corporation
☑ by leaving a copy of the within action and summons with _Xiomara Montezuma_
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _19_ day of _January_, 20_21_.

DEPUTY _____ 1017

Copy from re:SearchGA

**EXHIBIT A**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION** |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | **FILE NO. STCV20-02362** |
| (FLORIDA), | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW **CARRABBA'S ITALIAN GRILL, LLC (FLORIDA),** Defendant in the above-styled Civil Action, and files/serves its **ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY** ("Plaintiff's Complaint"), showing the Court as follows:

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

No act or omission by Defendant either proximately caused or contributed to whatever injury or damage Plaintiff claims to have sustained.

### THIRD DEFENSE

Defendant shows that Plaintiff's alleged damages, if any, were the result of acts or omissions by persons or entities other than Defendant.

### FOURTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided the consequences of any act or failure to act of Defendant.

{Firm/40004/00016/PLEADING/02926911.DOCX }

**EXHIBIT A**

## FIFTH DEFENSE

Defendant shows that Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory and comparative negligence and failure to exercise ordinary care.

## SIXTH DEFENSE

If Defendant was negligent, which Defendant emphatically denies, the negligence of Plaintiff equaled or exceeded that of Defendant.

## SEVENTH DEFENSE

Plaintiff failed to specifically state her items of special damages, as required by O.C.G.A. § 9-11-9(g).

## NINTH DEFENSE

As discovery has not yet begun, Defendant specifically reserves the right to raise any additional claims or affirmative defenses which may be discovered. Defendant hereby incorporates by reference all affirmative defenses set forth in O.C.G.A. § 9-11-8(c) to the extent applicable. Defenses asserted herein are based upon the initial theories of defense counsel. Defendant further specifically reserves the right to withdraw or add any defenses to conform to the evidence presented at the time of trial.

## TENTH DEFENSE

For a next defense, Defendant answers the numbered paragraphs of Plaintiff's Complaint as follows:

## PARTIES AND JURISDICTION

1.

Defendant can neither admit nor deny the allegations contained within Paragraph 1 of

**EXHIBIT A**

Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

2.

Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.

Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.

Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS

6.

Defendant hereby reasserts and incorporates by reference the responses made previously to Paragraphs 1 through 5 of Plaintiff's Complaint as if those responses were set forth herein by reference.

7.

Defendant admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.

Defendant admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.

Defendant can neither admit nor deny the allegations contained within Paragraph 10 of

**EXHIBIT A**

Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

11.

Defendant can neither admit nor deny the allegations contained within Paragraph 11 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

## COUNT I

### *Negligence of Defendant Carrabba's Italian Grill, LLC (Florida)*

12.

Defendant hereby reasserts and incorporates by reference the responses made previously to Paragraphs 1 through 11 of Plaintiff's Complaint as if those responses were set forth herein by reference.

13.

Defendant can neither admit nor deny the allegations contained within Paragraph 13 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

14.

Defendant denies as pled the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.

Defendant denies as pled the allegations contained in Paragraph 15 of Plaintiff's Complaint.

EXHIBIT A

16.

Defendant denies as pled the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.

Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.

Defendant denies as pled the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.

Defendant denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.

Defendant denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.

Defendant denies the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.

Defendant denies as pled the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.

Defendant denies the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.

Defendant denies that Plaintiff is entitled to the relief requested in the "Wherefore" paragraph of Plaintiff's Complaint.

**EXHIBIT A**

25.

All remaining allegations contained in Plaintiff's Complaint not specifically admitted or denied herein are denied.

WHEREFORE, having fully answered, Defendant CARRABBA'S ITALIAN GRILL, LLC, (FLORIDA) prays that it be discharged from this action without costs.

**A TRIAL BY A JURY OF TWELVE IS DEMANDED**

This ___11th___ day of February, 2021.

> **CRUSER, MITCHELL, NOVITZ,**
> **SANCHEZ, GASTON & ZIMET, LLP**
>
> **CRAIG P. TERRETT**
> Georgia Bar No. 702410
> **JAMES R. REEVES**
> Georgia Bar No. 455711
> *Counsel for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

**EXHIBIT A**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CIVIL ACTION** |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | **FILE NO. STCV20-02362** |
| (FLORIDA), | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY** with the Clerk of Court using the Odyssey eFileGA system which will automatically send e-mail notification of such filing to the following attorneys of record:

WILLIAM J. DEGENHART, ESQ.
MORGAN & MORGAN
25 Bull Street, Ste. 400
Savannah, GA 31401
wdegenhart@forthepeople.com
*Counsel for Plaintiff*

This ⎱⎰th day of February, 2021.

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

**CRAIG P. TERRETT**
Georgia Bar No. 702410
**JAMES R. REEVES**
Georgia Bar No. 455711
*Counsel for Defendant*

Meridian II, Suite 2000
Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

RECEIVED FOR FILING STATE COURT CLERK CHATHAM CO. GA 12/4/2020 11:43 PM

EXHIBIT A

Brian H. Hart -Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | FILE NO. STCV20-02362 |
| (FLORIDA), | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S
### DEMAND FOR TRIAL BY A JURY OF TWELVE JURORS

COMES NOW, **DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)**,

Defendant in the above-styled Civil Action, and file this, its demand for a 12-person jury in this

case pursuant to O.C.G.A. § 15-12-122(a)(2), which states as follows:

> In all civil actions in the state courts in which the claim for damages is greater
> than $25,000.00, either party may demand in writing prior to the commencement
> of the trial term that the case be tried by a jury of 12.  If such a demand is made,
> the judge shall follow the procedures for superior courts of sub-section (b) of this
> Code section.

> *See also* O.C.G.A. § 15-12-123(a)(2) which reads as follows:

> In all civil actions in the state courts in which a jury of 12 is demanded, the judge
> shall follow the procedures for superior courts of sub-section (b) of this Code
> section.

**WHEREFORE,** demand is made for trial of this case by a jury of 12 as provided by law.

**EXHIBIT A**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | FILE NO. STCV20-02362 |
| (FLORIDA), | § | |
| | § | |
| Defendant. | § | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S DEMAND FOR TRIAL BY A JURY OF TWELVE JURORS** with the Clerk of Court using the Odyssey eFileGA system which will automatically send e-mail notification of such filing to the following attorneys of record:

WILLIAM J. DEGENHART, ESQ.
MORGAN & MORGAN
25 Bull Street, Ste. 400
Savannah, GA 31401
wdegenhart@forthepeople.com
*Counsel for Plaintiff*

This 11th day of February, 2021.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

**CRAIG P. TERRETT**
Georgia Bar No. 702410
**JAMES R. REEVES**
Georgia Bar No. 455711
*Counsel for Defendant*

Meridian II, Suite 2000
Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

{Firm/40004/00016/PLEADING/02926966.DOCX }

**EXHIBIT A**

This _____ day of February, 2021.

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

**CRAIG P. TERRETT**
Georgia Bar No. 702410
**JAMES R. REEVES**
Georgia Bar No. 455711
*Counsel for Defendant*

**EXHIBIT A**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | FILE NO. STCV20-02362 |
| (FLORIDA), | § | |
| | § | |
| Defendant. | § | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **CERTIFICATE OF SERVICE (DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES)** with the Clerk of Court using the Odyssey eFileGA system which will automatically send e-mail notification of such filing to the following attorneys of record:

WILLIAM J. DEGENHART, ESQ.
MORGAN & MORGAN
25 Bull Street, Ste. 400
Savannah, GA 31401
wdegenhart@forthepeople.com
*Counsel for Plaintiff*

This ___5th___ day of March, 2021.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

**CRAIG P. TERRETT**
Georgia Bar No. 702410
**JAMES R. REEVES**
Georgia Bar No. 455711
*Counsel for Defendant*

Meridian II, Suite 2000
Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

{Firm/40004/00016/DISC/02923418.DOCX }

**EXHIBIT A**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | FILE NO. STCV20-02362 |
| (FLORIDA), | § | |
| | § | |
| **Defendant.** | § | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **CERTIFICATE OF SERVICE (DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS)** with the Clerk of Court using the Odyssey eFileGA system which will automatically send e-mail notification of such filing to the following attorneys of record:

WILLIAM J. DEGENHART, ESQ.
MORGAN & MORGAN
25 Bull Street, Ste. 400
Savannah, GA 31401
wdegenhart@forthepeople.com
*Counsel for Plaintiff*

This ____5th____ day of March, 2021.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

_____
**CRAIG P. TERRETT**
Georgia Bar No. 702410
**JAMES R. REEVES**
Georgia Bar No. 455711
*Counsel for Defendant*

Meridian II, Suite 2000
Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

{Firm/40004/00016/DISC/02923532.DOCX }

<span style="color:red">**EXHIBIT B**</span>

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | **FILE NO. STCV20-02362** |
| (FLORIDA), | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S NOTICE OF FILING NOTICE OF REMOVAL

TO:    WILLIAM J. DEGENHART, ESQ.
       MORGAN & MORGAN
       25 Bull Street, Ste. 400
       Savannah, GA 31401

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that Defendant Carrabba's

Italian Grill, LLC (Florida) has filed a Notice of Removal of the above-styled action to the

United States District Court for the Southern District of Georgia, Savannah Division, a copy of

which is attached hereto and by reference made a part hereof.

This 10th day of March, 2021.

                                    CRUSER, MITCHELL, NOVITZ,
                                    SANCHEZ, GASTON & ZIMET, LLP

                                    _____
                                    **CRAIG P. TERRETT**
                                    Georgia Bar No. 702410
                                    **JAMES R. REEVES**
                                    Georgia Bar No. 455711
                                    *Counsel for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

{Firm/40004/00016/PLEADING/02970943.DOC }

**EXHIBIT B**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TAWNA ALLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| CARRABBA'S ITALIAN GRILL, LLC, | § | FILE NO. STCV20-02362 |
| (FLORIDA), | § | |
| | § | |
| Defendant. | § | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT CARRABBA'S ITALIAN GRILL, LLC (FLORIDA)'S NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of Court using the Odyssey eFileGA system which will automatically send e-mail notification of such filing to the following attorneys of record:

WILLIAM J. DEGENHART, ESQ.
MORGAN & MORGAN
25 Bull Street, Ste. 400
Savannah, GA 31401
wdegenhart@forthepeople.com
*Counsel for Plaintiff*

This 10ᵗʰ day of March, 2021.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

_____
**CRAIG P. TERRETT**
Georgia Bar No. 702410
**JAMES R. REEVES**
Georgia Bar No. 455711
*Counsel for Defendant*

Meridian II, Suite 2000
Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com

{Firm/40004/00016/PLEADING/02970943.DOC }

**EXHIBIT C**

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

TAWNA ALLEMAN,                          )
                                        )
      Plaintiff,                    )
                                        )
v.                                      )   CIVIL ACTION NO:  STCV20-02362
                                        )
CARRABBA'S ITALIAN GRILL, LLC,          )
(FLORIDA),                              )
                                        )
      Defendant.                    )

**OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68**

      Plaintiff Tawna Alleman makes the following Offer of Settlement to Carrabba's Italian Grill, LLC, (Florida), pursuant to O.C.G.A. § 9-11-68:

    1.      Tawna Alleman will accept the amount of $1,000,000.00 to settle the above-captioned lawsuit;

    2.      In exchange for this settlement payment, Tawna Alleman will dismiss the above-captioned lawsuit, with prejudice, and will execute a full and final release in favor of Defendant;

    3.      No portion ($0.00) of the above-referenced settlement will be paid for punitive damages; and

    4.      Each party will be responsible for their own attorneys' fees and litigation expenses.

      The offer shall remain open for 30 days, pursuant to O.C.G.A. § 9-11-68(c).

      This 23rd day of February, 2021.

                              */s/ William J. Degenhart*
                              William J. Degenhart
                              Georgia Bar No. 384018
                              *Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
wdegenhart@forthepeople.com

**EXHIBIT C**

## CERTIFICATE OF SERVICE

This is to certify that on this date I have served a true and correct copy of the foregoing

***Plaintiff's Offer of Settlement Pursuant to O.C.G.A. § 9-11-68*** on Defendant through their

counsel of record via statutory electronic service and Certified Mail, Return Receipt Requested,

and addressed to:

Craig P. Terrett
James R. Reeves
CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP
Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
cterrett@cmlawfirm.com
jreeves@cmlawfirm.com
*Attorneys for Defendants*

This 23rd day of February, 2021.

_/s/ William J. Degenhart_
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
wdegenhart@forthepeople.com