IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAWNA ALLEMAN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-68 |
| v. | |
| CARRABA'S ITALIAN GRILL, LLC (FLORIDA), | |
| Defendant. | |

**O R D E R**

On July 27, 2022, the Court administratively closed this action upon being advised by the parties that the case had settled and would soon be dismissed by joint stipulation. (Doc. 48.) Presently before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and counsel for Defendant and filed with the Court on August 26, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each party to bear its own attorneys' fees and costs. (Doc. 49.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 14th day of September, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA